UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. DUNN, | |
| Plaintiff, | Case No. 1:17-cv-779 |
| v. | Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**JUDGMENT AWARDING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $3,675.00 (Three Thousand, Six hundred and Seventy-five dollars), as full and final adjudication of EAJA fees and expenses in this action.

Dated: October 1, 2018

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge